**HALPER SADEH LLP**
Zachary Halper, Esq.
36 Kingston Run
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC ROTH,<br><br>    Plaintiff,<br><br>    v.<br><br>TD AMERITRADE HOLDING CORPORATION, JOSEPH H. MOGLIA, STEVE BOYLE, LARRY BETTINO, ANN HAILEY, BRIAN LEVITT, KAREN E. MAIDMENT, BHARAT MASRANI, IRENE MILLER, MARK L. MITCHELL, WILBUR J. PREZZANO, TODD M. RICKETTS, and ALLAN R. TESSLER,<br><br>    Defendants. | Case No: 2:20-cv-03425-KM-ESK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Marc Roth hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: June 29, 2020                     Respectfully submitted,

                                         **HALPER SADEH LLP**

                                         /s/Zachary Halper
                                         Zachary Halper, Esq.
                                         36 Kingston Run

North Brunswick, NJ 08902
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 29, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Zachary Halper
Zachary Halper